RICHARD N. GREY CA Bar No. 050657
17801 Ventura Boulevard
Encino, CA 91436
Telephone: 818.345.9780
Facsimile:  818.479.9560

Attorney for Plaintiff
ODESSA MATHIS

LORI A. BOWMAN CA Bar No. 114664
lori.bowman@ogletreedeakins.com
JONATHAN S. LONGINO CA Bar No. 273936
jonathan.longino@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile:  213.239.9045

Attorneys for Defendant
ANTIOCH UNIVERSITY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ODESSA MATHIS, an individual<br><br>Plaintiff,<br><br>v.<br><br>ANTIOCH UNIVERSITY, a Private Educational Institution, DOES ONE through TEN, inclusive<br><br>Defendants. | Case No. CV10-8104 MMM(AJWx)<br><br>**PROTECTIVE ORDER**<br><br>Complaint Filed: August 24, 2010 |

GOOD CAUSE APPEARING to protect the legitimately designated confidential business, employee and privacy information to be produced in this action from public disclosure;

The First Amended Stipulation and Protective Order entered into and filed by the parties on January 18, 2011, is hereby approved.

IT IS SO ORDERED.

DATED: _____  January 21, 2011

_____
Honorable Andrew J. Wistrich

\* This order does not authorize the filing of any particular document under seal.  An application for permission to file under seal must be made at the time under seal filing is sought.

Mathis Proposed Protective

1  Case No. CV10-8104 MMM(AJWx)
[PROPOSED] PROTECTIVE ORDER